# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>KENNETH FULLER,<br>CALEB FULLER, and<br>NICHOLAS FULLER,<br><br>Defendants. | Criminal No. 23-cr-209 (CKK) |

## PROPOSED PRETRIAL SCHEDULING ORDER
(May 6, 2024)

|  | *Proposed Deadlines* |
|---|---|
| **Discovery & Associated Deadlines** | |
| Government to complete any final discovery under present indictment | N/A |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | 06/30/2024[1] |
| Discovery motions (Fed. R. Crim. P. 16) | **07/22/2024** |
| | |
| **Expert Notices & Other Crimes Evidence** | |
| Government's expert notice (FRE 701 & 702) | **60 days before trial date** |
| Defendant's expert notice (FRE 701 & 702) | **60 days before trial date** |
| Government's FRE 404(b) notice | **60 days before trial date** |
| Defendant's response to FRE 404(b) notice | **45 days before trial date** |
| *Brady* notice | **30 days before trial date** |
| | |
| **Experts** | |
| Expert reports (FRE 702) | **60 days before trial date** |
| Lay witness identification and subject matter (FRE 701) | **30 days before trial date** |
| | |
| **Non-Evidentiary Pretrial Motions** | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | **90 days before trial date** |
|     Government's response to Defendant's non-evidentiary motions | **75 days before trial date** |
|     Defendant's reply as to non-evidentiary motions | **70 days before trial date** |
| Government's non-evidentiary pretrial motions | **90 days before trial date** |
|     Defendant's response to Government's non-evidentiary motions | **75 days before trial date** |
|     Government's reply as to non-evidentiary motions | **70 days before trial date** |

---

[1] The government will continue to produce global discovery and any additional case-specific materials that come to its attention after this date.

| | |
|---|---|
| Evidentiary Pretrial Motions | |
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | **60 days before trial date** |
|     Government's response to Defendant's evidentiary motions | |
|     Defendant's reply as to evidentiary motions | **45 days before trial date** |
| Government's evidentiary pretrial motions, | **40 days before trial date** |
| such as *Daubert* and other crimes (404(b)) | **60 days before trial date** |
|     Defendant's response to Government's evidentiary motions | **45 days before trial date** |
|     Government's reply as to evidentiary motions | **40 days before trial date** |
| | |
| Motions in Limine | |
| Motions *in limine* by both sides | **60 days before trial date** |
| Responses to motions *in limine* | **45 days before trial date** |
| Replies as to motions *in limine* | **40 days before trial date** |
| | |
| Joint notice of stipulations | **30 days before trial date** |
| | |
| *Giglio*, *Jencks*, and Rule 26.2 material | **Two weeks before trial date** |
| | |
| *Voir Dire* and Jury Instructions | **Two weeks before trial date** |
| | |
| Witness and Exhibit Lists | |
| Government's witness list, exhibit list and exhibits | **Two weeks before trial date** |
| Defendant's witness list, exhibit list and exhibits | **Two weeks before trial date** |
| | |
| Hearings | |
| Status Hearing | |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court. A trial date will be scheduled at a later time.

**SO ORDERED.**

                                                                           /s/
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge