UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

KENNETH FULLER,
CALEB FULLER, and
NICHOLAS FULLER,

Defendants.

Criminal No. 23-cr-209 (CKK)

**PROPOSED PRETRIAL SCHEDULING ORDER**

(May 6, 2024)   Trial date: December 16, 2024

***Filed on behalf of Defendent Kenneth Fuller and the government; counsel for Defendant Caleb Fuller could not be reached before this filing, but it is believed that the dates proposed herein are consistent with earlier discussions

| | *Proposed Deadlines* |
|---|---|
| Discovery & Associated Deadlines | |
| Government to complete any final discovery under present indictment | N/A |
| Aspirational date for grand jury decision re: superseding indictment | N/A |
| Government to complete discovery under any superseding indictment | June 30, 2024 |
| Discovery motions (Fed. R. Crim. P. 16) | July 22, 2024 |
| | |
| Expert Notices & Other Crimes Evidence | |
| Government's expert notice (FRE 701 & 702) | October 17, 2024 |
| Defendant's expert notice (FRE 701 & 702) | October 17, 2024 |
| Government's FRE 404(b) notice | October 17, 2024 |
| Defendant's response to FRE 404(b) notice | November 1, 2024 |
| *Brady* notice | November 18, 2024 |
| | |
| Experts | |
| Expert reports (FRE 702) | October 17, 2024 |
| Lay witness identification and subject matter (FRE 701) | November 18, 2024 |
| | |
| Non-Evidentiary Pretrial Motions | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | September 17, 2024 |
|     Government's response to Defendant's non-evidentiary motions | October 2, 2024 |
|     Defendant's reply as to non-evidentiary motions | October 7, 2024 |
| Government's non-evidentiary pretrial motions | September 17, 2024 |
|     Defendant's response to Government's non-evidentiary motions | October 2, 2024 |
|     Government's reply as to non-evidentiary motions | October 7, 2024 |

1

| | |
|---|---|
| Evidentiary Pretrial Motions | |
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | October 17, 2024 |
|     Government's response to Defendant's evidentiary motions | November 1, 2024 |
|     Defendant's reply as to evidentiary motions | November 6, 2024 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | October 17, 2024 |
|     Defendant's response to Government's evidentiary motions | November 1, 2024 |
|     Government's reply as to evidentiary motions | November 6, 2024 |
| | |
| Motions in Limine | |
| Motions *in limine* by both sides | October 17, 2024 |
| Responses to motions *in limine* | November 1, 2024 |
| Replies as to motions *in limine* | November 6, 2024 |
| | |
| Joint notice of stipulations | November 18, 2024 |
| | |
| *Giglio*, *Jencks*, and Rule 26.2 material | December 2, 2024 |
| | |
| *Voir Dire* and Jury Instructions | ~~TBD~~ December 2, 2024 |
| | |
| Witness and Exhibit Lists | |
| Government's witness list, exhibit list and exhibits | ~~TBD~~ December 2, 2024 |
| Defendant's witness list, exhibit list and exhibits | ~~TBD~~ December 2, 2024 |
| | |
| Hearings | |
| Status Hearing | |

Additional pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court. A trial date will be scheduled at a later time.

**SO ORDERED.**

                                                    /s/
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge