**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | **Crim. Action No. 1:23-cr-209-03 (CKK)** |
| **NICHOLAS FULLER** | |
| **Defendant.** | |

### MOTION TO CONTINUE SENTENCING HEARING

Undersigned counsel respectfully moves this Court to stay the Sentencing Hearing in this matter, currently scheduled on November 8, 2024. In support of this Motion counsel states:

Mr. Fuller is before the Court having pleaded guilty to civil disorder at the U.S. Capitol on January 6, 2021. He accepted responsibility for his actions and was fully prepared to proceed to sentencing.

On November 6, 2024, Donald J. Trump was declared the winner of the presidential election.[1] President-elect Trump, who played an integral role in the events of January 6, 2021, has repeatedly publicly stated that he will pardon January 6 protestors should he win the presidency.[2]

---

[1] Associated Press, *Trump Wins Presidency*, https://apnews.com/live/trump-harris-election-updates-11-5-2024

[2] CNN, *Trump confirms he would pardon January 6 rioters if he becomes president*, https://www.cnn.com/2024/07/31/politics/video/january-6-pardon-rioters-donald-trump-nabj-conference-digvid

The government has requested an 11-month period of incarceration for Mr. Fuller.[3] In light of the real possibility that the incoming Attorney General will dismiss the case against Mr. Fuller's codefendants who are scheduled for trial, it would be fundamentally unfair to Mr. Fuller to move forward to sentencing under these circumstances.

Accordingly, counsel moves the Court to continue the Sentencing Hearing to a date after the trial of Mr. Fuller's codefendants and after January 20, 2025. In addition to being the fair result, this would also conserve judicial economy.

Respectfully Submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
Michelle Peterson
Chief Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500