UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH WAYNE FULLER and<br>CALEB WAYNE FULLER,<br><br>Defendants. | Criminal Action No. 23-209 (CKK) |

**SCHEDULING ORDER**
(November 15, 2024)

Defendants Kenneth Wayne Fuller ("K. Fuller") and Caleb Wayne Fuller ("C. Fuller") are scheduled for trial on January 13, 2025. *See* Min. Order (Sept. 20, 2024). The Court issued a [60] Pretrial Scheduling Order establishing a briefing schedule. Pursuant to that schedule, the parties' motions in limine were due on October 17, 2024; responses to motions in limine were due on November 1, 2024; and replies to those responses were due on November 8, 2024. ECF No. 60 at 2. Those deadlines have now all passed.

As the docket stands now, the Court is receipt of:

- K. Fuller's [74] First Motion in Limine and the Government's [87] Response thereto;
- K. Fuller's [76] Second Motion in Limine and the Government's [87] Response thereto;
- K. Fuller's [77] Third Motion in Limine and the Government's [86] Opposition thereto;
- K. Fuller's [78-1] Fourth Motion in Limine, which was filed under seal; and
- The Government's three [79] [80] [81] Motions in Limine, K. Fuller's consolidated [84] Opposition thereto, and the Government's consolidated [91] Reply.

In sum, C. Fuller has not filed any motions in limine, responses, or replies; K. Fuller has not replied to the Government's [86] Opposition or [87] Response; and the Government has not responded to K. Fuller's [78-1] Fourth Motion in Limine.

1

The parties are, of course, not required to file every possible brief. But the Court is now preparing to rule on the parties' motions in limine. To the extent any party intends to supplement the briefing now on the docket, the Court **ORDERS** that the parties file any opposition, response, or reply not currently on the docket on or before **NOVEMBER 19, 2024.**

The Court will rule on the record as it stands after such date.

Dated: November 15, 2024

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge