**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| |
|---|
| UNITED STATES OF AMERICA |
| v. |
| KENNETH WAYNE FULLER and CALEB WAYNE FULLER, |
| Defendants. |

Criminal Action No. 23-209 (CKK)

**ORDER**

Defendants Caleb Fuller ("C. Fuller") and Kenneth Fuller ("K. Fuller") are among the hundreds of individuals charged with federal crimes for alleged conduct during the riot at the U.S. Capitol on January 6, 2021. *See* Superseding Indictment, ECF No. 46. Jury trial in this matter is scheduled for January 13, 2025. C. Fuller moved to continue trial to an unspecified date after January 20, 2025. ECF No. 98. K. Fuller joined that motion. ECF No. 99. And the Government opposed it. ECF No. 100. For the reasons below, Defendants' motion to continue is **DENIED**.

The principal bases for C. Fuller's requested continuance are that President-elect Donald J. Trump has "repeatedly stated that he would pardon" those involved in the January 6 riot and that "a new Attorney General may dismiss" the case against him. ECF No. 98 at 2–3. The Court joins others in this District in rejecting Defendants' invitation to speculate about future clemency or charging decisions. "Whatever the President-elect may or may not do . . . is irrelevant to the Court's independent obligations and legal responsibilities under Article III of the Constitution." Order (ECF No. 121), *United States v. Baez*, No. 21-cr-507 (PLF); *accord* Order (ECF No. 73), *United States v. Lichnowski*, No. 23-cr-341 (RBW) ("[T]he potential future exercise of the discretionary pardon power, an Executive Branch authority, is irrelevant to the Court's obligation to carry out the legal responsibilities of the Judicial Branch.").

1

K. Fuller raises more practical considerations: Travel to, and lodging in, the District of Columbia is expensive during Inauguration season. ECF No. 99. The Court is sensitive to Defendants and their counsel's financial constraints. But trial in this matter has been scheduled since June 20, 2024—more than five months ago. Pretrial Scheduling Order, ECF No. 60. And defense counsel should take note that the U.S. Marshals Service can assist Defendants in securing both transportation and lodging. *See* 18 U.S.C. § 4285.

The trial will go forward as scheduled.

**SO ORDERED.**

Dated: November 21, 2024

*/s/ Colleen Kollar-Kotelly*
**COLLEEN KOLLAR-KOTELLY**
United States District Judge