**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH WAYNE FULLER (1) and<br>CALEB FULLER (2),<br><br>Defendants. | Criminal Action No. 23-209 (CKK) |

**ORDER**
(January 21, 2025)

Defendants Kenneth Fuller and Caleb Fuller were each charged with felony and misdemeanor offenses related to their alleged conduct during the riot at the United States Capitol on January 6, 2021. *See* Superseding Indictment, ECF No. 46. A jury trial on those charges began on January 13, 2025. Min. Entry (Jan. 13, 2025). After a searching *voir dire* tailored to ensure a fair and impartial trial, *see* Mem. Op. & Order, ECF No. 131, and with the input of Defendants and the Government, the Court empaneled a jury of fourteen citizens of the District of Columbia, *see* Min. Entry (Jan. 15, 2025). Over two days of trial, that jury heard the testimony of witnesses from the U.S. Capitol Police, Montgomery County Police Department, U.S. Secret Service, and Federal Bureau of Investigation. *See* Min. Entry (Jan. 17, 2025); Min. Entry (Jan. 18, 2025). During the Government's case-in-chief, the Court admitted ninety Government Exhibits and eight Defense Exhibits into evidence, many of which were videos of the events at the Capitol. On January 18, 2025, the Government completed direct examination of its last witness. Cross-examination of that witness was scheduled to begin today, January 21, 2025.

All fourteen jurors were prompt and attentive throughout the trial. And the undersigned—as a citizen of the District of Columbia—is proud of their service and commends them for their demeanor in discharging their duty as members of this community.

1

On January 20, 2025, the Government "move[d] to dismiss the indictment against [D]efendants with prejudice" under Federal Rule of Criminal Procedure 48(a).  Gov't's Mot. to Dismiss, ECF No. 140 at 1.  The Government cited as the "reason for this dismissal" an as-yet unnumbered presidential Proclamation titled "Granting Pardons and Commutation of Sentences for Certain Offenses Relating to the Events at or Near the United States Capitol on January 6, 2021."  *Id.*  That Proclamation, in relevant part, "direct[s] the Attorney General to pursue dismissal with prejudice to the Government of all pending indictments against individuals for their conduct related to the events at or near the United States Capitol on January 6, 2021."  Unnumbered Proclamation, __ Fed. Reg. ____ (Jan. 20, 2025), https://perma.cc/W4NT-4K4S.

Under Rule 48(a), "the government may, with leave of court, dismiss an indictment."  Fed. R. Crim. P. 48(a).  But "the government may not dismiss the prosecution during trial without the defendant's consent."  *Id.*  At a hearing on the record, the Court inquired whether Defendants Kenneth Fuller and Caleb Fuller consented to the Government's motion to dismiss.  Each Defendant consented to dismissal.  And on this record, the Court discerns no reason to withhold its leave.  *See United States v. Flynn*, 507 F. Supp. 3d 116, 126–131 (D.D.C. 2020) (EGS) (analyzing the scope of a trial court's discretion under Rule 48(a)).

Accordingly, it is, this 21st day of January 2025, hereby **ORDERED** that (1) this case is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Criminal Procedure 48(a); and that (2) the [14] [15] Orders Setting Conditions of Release, all further proceedings, and any pending deadlines in this matter are **VACATED**.

**SO ORDERED**.

COLLEEN KOLLAR-KOTELLY
United States District Judge

2